**Trudy Ann HUITT (McCarthy), Appellant,**

v.

**Roy Lynn HUITT, Respondent.**

**No. 46856.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 1, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 13, 1983.

Application to Transfer Denied Jan. 17, 1984.

Robert J. Blackwell, St. Louis, for appellant.

David L. Colson, Farmington, for respondent.

ORDER

PER CURIAM:

Mother appeals from an order modifying the parties' dissolution decree to grant father primary custody of their child.

Judgment of the trial court is affirmed. Rule 84.16(b).